IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                              CRIMINAL NO. 1:02cr94WJG-2

CHRISTOPHER DURWOOD THOMPSON

AGREED ORDER REDUCING SENTENCE

THIS CAUSE is before the Court on the *pro se* motion for sentence reduction filed by Defendant Christopher Durwood Thompson, [122], and the motions to reduce Defendant's sentence filed on his behalf by the Federal Public Defenders Office [FPD] [124 & 125]. The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The United States Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree, and the Court concurs, that a sentencing reduction is appropriate in this case. It is, therefore,

ORDERED AND ADJUDGED, that the *pro se* motion of Defendant [122] and FPD's motion [124] filed on Defendant's behalf be, and they are hereby, denied as moot, as the later filed motion (Ct. R., Doc. 125) correctly sets forth the appropriate reduction taking into consideration a previously granted Rule 35 motion for sentence reduction and the order granting that motion. (Ct. R., Docs. 114 & 116.) It is further,

ORDERED AND ADJUDGED that FPD's motion [125] filed on behalf of Defendant be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant Christopher Durwood Thompson's sentence be, and is hereby, reduced from 108 months to 87 months. It is further,

ORDERED AND ADJUDGED that all other terms and provisions of the original judgment, (Ct. R., Doc. 90), remain in full force and effect. It is finally,

ORDERED AND ADJUDGED that the Clerk of Court immediately transmit a copy of this agreed order to the Bureau of Prisons.

SO ORDERED AND ADJUDGED this the 1st day of April, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE

AGREED:

/s/ John A. Meynardie
ASSISTANT U.S. ATTORNEY

/s/ George L. Lucas
DEFENSE COUNSEL